DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID ROTHENBERG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-317

[June 30, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; L.T. Case No. 16005755CF10A.

David Rothenberg, Sumterville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER, and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***